IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
AUG 13 2020
Clerk U.S. District Court
Greensboro, NC
BY_____

UNITED STATES OF AMERICA    :
    :
    v.       :        1:20CR323-1
    :
CHIRONG YIN BILLINGS,    :
also known as Chirong Cummings    :

The United States Attorney charges:

On or about November 5, 2016, in the County of Guilford, in the Middle District of North Carolina, CHIRONG YIN BILLINGS, also known as Chirong Cummings, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives; in violation of Title 18, United States Code, Section 611.

DATED: August 13, 2020

_____
MATTHEW G.T. MARTIN
United States Attorney

_____
STEPHEN T. INMAN
Assistant United States Attorney